STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

06-676 consolidated with 06-675


CLAUDE WILLIS AND BESSIE WILLIS

VERSUS

COMBUSTION ENGINEERING, INC., ET AL.


\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 202,561
HONORABLE GEORGE CLARENCE METOYER JR., DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*


ELIZABETH A. PICKETT
JUDGE


\*\*\*\*\*\*\*\*\*\*


Court composed of Michael G. Sullivan, Elizabeth A. Pickett, and Billy Howard
Ezell, Judges.


REVERSED AND REMANDED.


Scott R. Bickford
Martzell & Bickford
338 Lafayette St.
New Orleans, LA 70130
(504) 581-9065
Counsel for Plaintiff-Appellant:
Claude Willis

William Lee Brockman
Attorney at Law
P. O. Box 55490
Metairie, LA 70055
(504) 834-2612
Counsel for Defendant-Appellee:
Andritz, Inc.

**David Ross Frohn**
**Frohn & Thibodeaux**
**P.O. Box 2090**
**Lake Charles, LA 70602-2090**
**(337) 433-5523**
**Counsel for Defendant-Appellee:**
**Chicago Bridge & Iron**

**Glenn Lyle Maximilian Swetman**
**Aultman, Tyner, Ruffin, Ltd.**
**400 Poydras St., Suite 1900**
**New Orleans, LA 70130**
**(504) 528-9616**
**Counsel for Defendant-Appellee:**
**Andritz, Inc.**

**Jeffrey Matthew Burg**
**Attorney at Law**
**338 Lafayette Street**
**New Orleans, LA 70130**
**(504) 581-9065**
**Counsel for Plaintiff-Appellant:**
**Claude Willis**

**John W Martinez**
**Attorney at Law**
**755 Magazine St.**
**New Orleans, LA 70130**
**(504) 581-9065**
**Counsel for Defendant-Appellee:**
**Zurn Industries**

**PICKETT, Judge.**

For the reasons discussed in the companion case in this consolidated matter, *Curtis v. Branton Industries*, 06-675 (La.App. 3 Cir. __/__/__), ___ So.2d ___, the judgment of the trial court is reversed, and the case is remanded for further proceedings. Costs of this appeal are assessed to the defendants, Andritz, Zurn, and Chicago Bridge.

**REVERSED AND REMANDED.**